

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Chambers of Chief Magistrate Judge Steven Gold         August 15, 2012
United States District Court, EDNY
225 Cadman Plaza East
Chambers 1217, Courtoom 13-D
Brooklyn, NY 11201


Re:   <u>Terrance Burgess v. City of New York et al</u>. 12CV0974 (FB)(SMG)

Your Honor-

I write to request an extension of time to amend the complaint in this matter.  This is plaintiff's first request to amend and opposing counsel, ACC Andrew Owen consents to this request.

I seek to add Police Officer Donald Brown who has been identified by defendants as being present at the time of plaintiff's arrest.  If permitted, I will amend immediately and promptly effect service.

This amendment, past the initial deadline to amend of July 6, will not effect any other deadlines imposed by the Court's scheduling order.   The parties have successfully been moving the case forward with the exchange of interrogatory responses and document demands.

Thank you for your consideration.

Sincerely Yours,

Nicole Bellina

cc: ACC Owen (BY ECF)